# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DES-CASE CORPORATION, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) C.A. No. 18-cv-00577-GMS<br>) |
| MADISON INDUSTRIES HOLDINGS LLC,<br>FILTRATION GROUP CORPORATION, and<br>TODD TECHNOLOGIES INC LLC, | )<br>)<br>)<br>) |
| Defendants. | |

## JOINT MOTION TO DISMISS

Plaintiff Des-Case Corporation and Defendants Madison Industries Holdings LLC, Filtration Group Corporation, and Todd Technologies Inc LLC, hereby jointly move to dismiss all claims with prejudice. *See* Fed. R. Civ. P. 41. The parties have entered into a settlement agreement resolving all claims in this matter. The parties therefore respectfully request that the Court enter an order dismissing all claims with prejudice, with each party to bear its own costs, expenses, and attorneys' fees.

Dated: July 24, 2018

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | BAYARD, P.A. |
|---|---|
| /s/ D. McKinley Measley | /s/ Stephen B. Brauerman |
| Dean McKinley Measley (No. 5108) | Stephen B. Brauerman (No. 4952) |
| 1201 North Market Street | Sara E. Bussiere (No. 5725) |
| Wilmington, DE 19899 | 600 King Street, Suite 400 |
| Tel: (302) 658-9200 | P.O. Box 25130 |
| mmeasley@mnat.com | Wilmington, DE 19899 |
|  | (302) 655-5000 |
| OF COUNSEL: | sbrauerman@bayardlaw.com |
|  | sbussiere@bayardlaw.com |
| Paige Waldrop Mills |  |
| BASS, BERRY & SIMS | OF COUNSEL: |
| 150 Third Avenue South, Suite 2800 |  |
| Nashville, TN 37201 | Adam L. Hoeflich |
| pmills@bassberry.com | Mark L. Levine |
|  | Joshua P. Ackerman |
| *Attorneys for Plaintiff Des-Case Corporation* | BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP |
|  | 54 W. Hubbard Street, Suite 300 |
|  | Chicago, IL 60654 |
|  | Tel: (312) 494-4400 |
|  |  |
|  | *Attorneys for Defendants Madison Industries Holdings LLC, Filtration Group Corporation, Todd Technologies Inc. LLC* |

IT IS SO ORDERED this \_\_\_\_ day of _____, 2018.

_____
The Honorable Gregory M. Sleet
United States District Judge